### *May* Term, 1784.

(p. 33.)

#### The STATE againft ADRIAN POST.

*On* Habeas Corpus *of Negro* Charles *and* Wife.

*In November Term,* 1781. (p. 467.)

ON the hearing of this Cafe, the Court adjudged in favor of the difcharge of the Negroes, and ordered the Defendant to deliver them to the Sheriff of Bergen,

to remain in his Cuftody, until the further Order of the Court.

And now, on Motion of Mr. Elias Boudinot for Nicholas Covenhoven, Mafter of the faid Negroes, it is ordered by the Court, that the Sheriff of Bergen, do on fervice of this Rule, deliver to the faid Nicholas Covenhoven, or his Order, the faid Negro Charles and Wife.